**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**03-1779**


**ROADHOUSE BAR-B-QUE, INC.**
**VERSUS**
**CERTAIN UNDERWRITERS AT LLOYDS, LONDON, ET AL.**


\*\*\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
TWENTY-EIGHTH JUDICIAL DISTRICT COURT,
PARISH OF LASALLE, NO. 32,548,
HONORABLE JOHN PHILIP MAUFFRAY, JR., DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*\*\*


**SYLVIA R. COOKS**
**JUDGE**


\*\*\*\*\*\*\*\*\*\*\*\*


Court composed of Ulysses Gene Thibodeaux, Sylvia R. Cooks, and Glenn B. Gremillion, Judges.


**APPEAL DISMISSED.**

Kevin Lawrence Cole
Two Lakeway Center Suite 900
3850 N. Causeway Blvd.
Metairie, LA 70002
(504) 830-3838
COUNSEL FOR:  DEFENDANTS/APPELLEES
Certain Underwriters at Lloyds, London
Burns & Wilcox of LA, Ltd.
Cunningham Lindsey US, Inc.

James Huey Gibson
Allen & Gooch
Post Office Box 3768
Lafayette, LA 70502-3768
(337) 291-1301

**COUNSEL FOR:  DEFENDANT/APPELLEE**
**Alexander & Bolton, Inc.**

**Keith Wayne Manuel**
**Attorney At Law**
**115 East Ogden Street**
**Marksville, LA 71351**
**(318) 253-5126**
**COUNSEL FOR:  PLAINTIFF/APPELLANT**
**Roadhouse Bar-B-Que, Inc.**

**Randall Lee Wilmore**
**Gold, Weems, Bruser**
**Post Office Box 6118**
**Alexandria, LA 71307-6118**
**(318) 446-6471**
**COUNSEL FOR:  DEFENDANT/APPELLEE**
**Alexander & Bolton, Inc.**

**James Anthony Prather**
**Attorney at Law**
**3 Sanctuary Blvd., Suite 301**
**Mandeville, LA 70471**
**(985) 674-6680**
**COUNSEL FOR:  DEFENDANTS/APPELLEES**
**Certain Underwriters at Lloyds, London**
**Burns & Wilcox of LA, Ltd.**
**Cunningham Lindsey US, Inc.**